No. 783. LOCAL LOAN Co. *v.* HUNT. March 12, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. David F. Rosenthal, Richard Mayer, Orville W. Lee,* and *Frederic Burnham* for petitioner. *Messrs. Lloyd A. Faxon* and *Fred C. Dimond* for respondent.

Nos. 791 and 792. AVERY *v.* COMMISSIONER OF INTERNAL REVENUE. March 19, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. John E. MacLeish* and *Leland K. Neeves* for petitioner. *Solicitor General Biggs* for respondent.

No. 795. WOODSON, ALIEN PROPERTY CUSTODIAN, ET AL. *v.* DEUTSCHE GOLD UND SILBER SCHEIDEANSTALT VORMALS ROESSLER. March 19, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Biggs* for petitioners. *Messrs. Richard H. Wilmer* and *Douglas L. Hatch* for respondent.

No. 786. BURNS MORTGAGE Co., INC. *v.* FRIED. March 19, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Sigmund H. Steinberg* and *John P. Stokes* for petitioner. *Messrs. Albert S. Lisenby, John C. Noonan,* and *Albert L. Moise* for respondent.

No. 820. FAIRPORT, PAINESVILLE & EASTERN RAILROAD Co. *v.* MEREDITH. March 19, 1934. Petition for writ of certiorari to the Court of Appeals, 7th Judicial District, of Ohio, granted. *Messrs. Thomas M. Kirby, Elbert F.*